# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

   v.                                                       Case No. 00-C-82

**SCOTT P. THURNER and**
**YVONNE E. THURNER,**
        **Defendants.**

## DECISION AND ORDER

On August 11, 2000, the court entered judgment in favor of the United States against Scott P. and Yvonne E. Thurner in the amount of $1, 278, 567.91 plus statutory additions until paid. To date, the judgment remains unpaid. Pursuant to Fed. R. Civ. P. 69(a), the United States served defendants with a letter requesting payment of the judgment along with interrogatories. The United States has attempted to contact defendants through mail and by telephone regarding the judgment and interrogatories to no avail. Currently before me is defendants motion to compel defendants' answers to interrogatories. Rule 69(a) provides "In aid of the judgment or execution, the judgment creditor or a successor in interest when that appears of record, may obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in which the district court is held." Rule 33 of the Federal Rules of Civil Procedure permits the use of interrogatories as a discovery tool.

Therefore,

**IT IS ORDERED** that plaintiff's motion to compel is **GRANTED** and within 21 days of the date of this order each defendant is to file answers to plaintiff's interrogatories.

Dated at Milwaukee, Wisconsin, this 5 day of September, 2006.

/s_____
LYNN ADELMAN
District Judge